# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RON JON SURF SHOP OF FLA., INC.,**

    **Plaintiff,**

-vs-                                        Case No. 6:05-cv-318-Orl-31KRS

**BEACH UNLIMITED, 1000 HIGHWAY 98 EAST, CORP., and ELIEZER TABIB,**

    **Defendants.**

_____

## ORDER

This matter comes before the Court on Defendant's Motion for Award of Attorney Fees (Doc. 39) and Plaintiff's Motion for Review of Clerk's Taxation of Costs (Doc. 43).

Upon consideration of the above, the Court finds that Defendant was the prevailing party in this litigation and is, therefore, entitled to recoup its costs under Fed. R. Civ. p. 54(d)(1). The Court further finds that the costs incurred ($1,950) were reasonable under the circumstances and recoverable pursuant to 28 U.S.C. section 1920.

With respect to attorney's fees, the Court finds that this was not an exceptional case, and thus attorney's fees under 15 U.S.C. section 117(a) are not warranted. Although Plaintiff's tactics may have been heavy-handed, the Court cannot conclude that this litigation was initiated or maintained in bad faith. Accordingly, it is

**ORDERED** that:

1.     Defendant's Motion for Award of Attorney Fees (Doc. 39) is DENIED;

      2.      Plaintiff's objections (Doc. 43) to the Bill of Costs (Doc. 38) are OVERRULED, therefore the Motion is DENIED; and

      3.      The Clerk shall enter a cost judgment in favor of the Defendant and against Plaintiff in the amount of $1,950.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 21, 2005.

*[signature]*
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party